**KNOWLES, M.J.**
**AUGUST 25, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENE A. LOVE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-550** |
| **GREATWIDE DEDICATED TRANSPORT, III, L.L.C., et al** | **SECTION "A" (3)** |

A settlement conference is scheduled in the above-captioned case on **TUESDAY, OCTOBER 20, 2015, at 2:30 P.M.** in the undersigned U.S. Magistrate Judge's chambers, located at 500 Poydras Street, **Hale Boggs Building, Third Floor**, Room B335, New Orleans, Louisiana.

**On or before October 15, 2015**, each party shall submit to the undersigned an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-4500.

Participation of parties is likely to increase the efficiency and effectiveness of the settlement conference. Therefore, any party who resides or has a business address in the Greater New Orleans area shall attend the conference in person with counsel. Parties from outside of the Greater New Orleans area shall be available by telephone for the duration of the settlement conference.

It is the duty of the parties to notify the Magistrate Judge's Office if trial is continued or if this case is settled or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

Relaxed business attire is permitted on Fridays.

_____
**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**