KNOWLES, M.J.
OCTOBER 1, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENE A. LOVE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-550** |
| **GREATWIDE DEDICATED TRANSPORT, III, L.L.C., et al** | **SECTION "A" (3)** |

## O R D E R

**IT IS ORDERED** that the **Settlement Conference** previously set in this matter on October 20, 2015 is hereby **RESET ON MONDAY, NOVEMBER 2, 2015 at 2:30 p.m.** before Magistrate Judge Daniel E. Knowles, III, 500 Poydras Street, Room B335, New Orleans, Louisiana.  <u>Counsel for all parties are instructed to submit their respective updated settlement position letters on or before **October 28, 2015**, for the confidential and exclusive use of Magistrate Judge Daniel E. Knowles, III.</u>  Position letters, **which must be limited to three pages and double-spaced**, may be faxed to my chambers at 504-589-4500.

Participation of parties is likely to increase the efficiency and effectiveness of the settlement conference.  Therefore, any party who resides or has a business address in the Greater New Orleans area shall attend the conference in person with counsel.  Parties from outside of the Greater New Orleans area shall be available by telephone for the duration of the settlement conference.

Relaxed business attire is permitted on Fridays.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**