UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENE A. LOVE, SR.**<br><br>　　Plaintiff,<br><br>v.<br><br>**GREATWIDE DEDICATED TRANSPORT III, LLC, AND GREATWIDE LOGISTICS SERVICES, LLC.**<br><br>　　Defendants. | C.A. NO. 15-00550<br><br>JUDGE JAY C. ZAINEY<br><br>MAG. JUDGE DANIEL E. KNOWLES |

## **PLAINTIFF'S WITNESS LIST**

　　Plaintiff, Gene A. Love, Sr. (hereinafter referred to as "Plaintiffs"), by and through his undersigned counsel, respectfully submits the following list of witnesses that will or may be called to testify on his behalf at trial:

　　1.　　GENE A. LOVE, SR.; Plaintiff; regarding the facts and circumstances concerning his application, hiring, employment with defendants, his claim, and his damages sustained.

　　2.　　IRA WELLS; Greatwide employee; regarding facts and circumstances concerning plaintiff's hiring, employment conditions, discharge, and claim.

　　3.　　ALTON PHILLIPS; Greatwide employee; regarding facts and circumstances concerning plaintiff's hiring, employment conditions, discharge, and claim.

　　4.　　CARL CONTRINO; Greatwide employee; regarding facts and circumstances concerning plaintiff's hiring, employment conditions, discharge, and claim.

　　5.　　PERCY CAYE; Greatwide employee; regarding facts and circumstances concerning plaintiff's hiring, employment conditions, discharge, and claim.

6.	ROSE LOVE; wife of plaintiff, regarding the facts and circumstances concerning his application, hiring, employment with defendants, his claim, and his damages sustained.

7.	A REPRESENTATIVE OF GREATWIDE DEDICATED TRANSPORT III, LLC, regarding the facts of plaintiff's hiring, employment with this defendant.

8.	A REPRESENTATIVE OF GREATWIDE LOGISTICS SERVICES, LLC, regarding the facts of plaintiff's hiring, employment with this defendant.

9.	A REPRESENTATIVE OF S&R DEVELOPMENT, regarding plaintiff's mitigation of damages by other employment mechanisms.

10.	A REPRESENTATIVE OF SIGNATURE GROUP INDUSTRIAL SERVICES, regarding plaintiff's mitigation of damages by other employment mechanisms.

11.	MIRIAM "MIMI" PATE, regarding plaintiff's mitigation of damages by other employment mechanisms.

12.	Any and all witnesses necessary to authenticate any documents and/or exhibits.

13.	Any and all witnesses necessary for purposes of impeachment or rehabilitation.

14.	Any and all witnesses listed or identified by another party.

**Respectfully submitted:**

**BRUNO & BRUNO, L.L.P.**

*/s/ Daniel A. Meyer*
Joseph M. Bruno (La. Bar # 3604)
Daniel A. Meyer (La. Bar # 33278)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 562-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this October 16, 2015, a copy of the above and foregoing motion and attachments has been served via United States Mail, properly addressed, postage prepaid, or via electronic transmission, to all counsel of record.

                                                      */s/ Daniel Meyer*
                                                      Daniel A. Meyer