**MINUTE ENTRY**
**KNOWLES, M.J.**
**NOVEMBER 2, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENE A. LOVE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-550** |
| **GREATWIDE DEDICATED TRANSPORT, III, L.L.C., et al** | **SECTION "A" (3)** |

A Settlement Conference was conducted this date.

Present:  Daniel Meyer
          Gene A. Love, Sr.
          Alex Tilling
          Mike Woolley (By telephone)

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(1:00)